**GULF PIPE LINE COMPANY, Plaintiff in Error, v. Mrs. Jeanette MANN et al., Defendants in Error.**

**No. 7374.**

Commission of Appeals of Texas, Section B.

April 17, 1940.

C. T. Duff and Duff & Cecil, all of Beaumont, John E. Green, Jr., and John P. Bullington, both of Houston, Peveril O. Settle and William L. Wise, both of Ft. Worth, and B. C. Clark, of Houston, for plaintiff in error.

E. B. Votaw, of Beaumont, for defendants in error Mann and others.

Howth, Adams & Hart, of Beaumont, for defendants in error Fall and others.

Robert L. Sonfield, of Houston, for interveners.

SLATTON, Commissioner.

This cause has been decided with the cause of the Gulf Pipe Line Company, plaintiff in error, v. W. S. Nearen et al., 138 S.W.2d 1065, defendants in error, and for the reason therein stated the judgment entered by the trial court and affirmed by the Court of Civil Appeals, which allowed the defendants in error a recovery for the purchase price of the oil, is affirmed, and that part of the judgment of the trial court

and the Court of Civil Appeals allowing judgment for interest is here reversed, and judgment rendered in favor of the plaintiff in error.

Opinion adopted by the Supreme Court.

## HERNANDEZ v. STATE.

No. 20999.

Court of Criminal Appeals of Texas.

April 10, 1940.

Hal O. McConnell, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for the unlawful possession of Marihuana, a narcotic Drug; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. No error having been presented requiring a reversal, the judgment of the trial court is affirmed.